AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| | ) | 15-mj-4052-DHH |
| Stephen John Hallissey | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ in the county of _____Middlesex_____ in the _____ District of _____Massachusetts_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 2252A(a)(5)(B) | Possession of child Pornography; |
| 18 U.S.C. Section 2252A(a)(2)(A) | Receipt of Child Pornography |

This criminal complaint is based on these facts:

the Affidavit of Federal Bureau of Investigation Special Agent Tucker Heap, which is attached and incorporated by reference

☑ Continued on the attached sheet.

*Complainant's signature*

TUCKER HEAP, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 03/03/2015

*Judge's signature*

City and state: Boston, Massachusetts

HON. DAVID H. HENNESSY
*Printed name and title*