JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**  Category No. **II**  Investigating Agency **FBI**

City **Framingham**    Related Case Information:

County **Middlesex**   Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number
Search Warrant Case Number  **15-mj-4042-DHH**
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  **Stephen John Hallissey**   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name

Address  (City & State) **Framingham, Massachusetts**

Birth date (Yr only): **1977**  SSN (last4#): **4170**  Sex **Male**  Race: **Caucasian**  Nationality: _____

Defense Counsel if known:  **Oscar Cruz**   Address **Federal Public Defenders Office**

Bar Number

**U.S. Attorney Information:**

AUSA  **David G. Tobin**   Bar Number if applicable  **552558**

Interpreter: ☐ Yes ☑ No   List language and/or dialect:

Victims: ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

Matter to be SEALED: ☐ Yes ☑ No

☐ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

Arrest Date  **03/03/2015**

☑ Already in Federal Custody as of   **03/03/2015**   in _____
☐ Already in State Custody at ——  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

Charging Document:  ☑ Complaint   ☐ Information   ☐ Indictment

Total # of Counts:  ☐ Petty —— ☐ Misdemeanor —— ☑ Felony  **2**

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  **03/03/2015**    Signature of AUSA:  _/s/ David G. Tobin_

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     Stephen John Hallissey

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 2252A(a)(2)(A) | Receipt of Child Pornography | |
| Set 2 | 18 USC 2252A(a)(5)(B) | Possession of Child Pornography | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013