# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| STEPHEN JOHN HALLISSEY ) | Case No. 15-MJ-4052-DHH |
| ) | |
| Defendant ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 03/03/2015

X _____
Defendant's signature

_____
Signature of defendant's attorney

Oscar Cruz, Jr. - 630813
Printed name and bar number of defendant's attorney

51 Sleeper St. Boston, MA 02210
Address of defendant's attorney

Oscar_Cruz@fd.org
E-mail address of defendant's attorney

(617) 223-8061
Telephone number of defendant's attorney

(617) 223-8080
FAX number of defendant's attorney